## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PIPESLOT, INC.,

    Plaintiff,

       v.

MIDBURY INDUSTRIES, INC.,

    Defendant.

CIVIL ACTION 3:15-CV-1721

(JUDGE CAPUTO)

### ORDER

Plaintiff, Pipeslot, Inc., has filed a document which the Court will construe as an application for a temporary restraining order. (Doc. 11.)

Since Plaintiff has failed to allege a legally recognized claim for irreparable harm, and since the pleadings in this case reveal that Plaintiff has an adequate remedy at law, the application for a temporary restraining order (Doc. 11) will be **DENIED**.

**IT IS SO ORDERED**.

Date: _January 29, 2016_   _A. Richard Caputo_
A. Richard Caputo
United States District Judge

**FILED**
**SCRANTON**

JAN 2 9 2016

Per_____
**DEPUTY CLERK**