IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIPESLOT, INC., | CIVIL ACTION 3:15-CV-1721 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| MIDBURY INDUSTRIES, INC., | |
| Defendant. | |

## ORDER

**NOW,** this 12th day of April, 2016, having been notified that the above case has settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge